CONFIDENTIAL



6/2/22

RE: James Bennett

**SUBSTANCE ABUSE EVALUATION REPORT**

**Client**: James Bennett  **DOB:** 7/23/1984

**Cases: FECR356458**

**Referral Source**: self, attorney

**Methods**:
- Social psychological background summary including the following histories: chemical, legal, family, relationship, psychological, education, work, and financial assessment obtained through one individual session with the client.

**Remarks**:

Client is a 37 year old male currently incarcerated and facing state and federal drug charges. Mr. Bennett attended an evaluation session with me on 6/1/22 in the Polk County Jail. He was appropriate and cooperative throughout the evaluation process.

Client is requesting long term treatment at Bridges of Iowa due to ongoing substance abuse and chronic relapse. Client reported he has struggled with methamphetamine use throughout his life and at the time of his arrest he was intravenously using a ¼ ounce of methamphetamine per day. Client continues to relapse on methamphetamine and go in and out of jail and prison due to his methamphetamine addiction.

Client reported no medical issues that will interfere with treatment and he takes no prescription medication. Client reported he has been diagnosed with bipolar and high anxiety and he could benefit from a long term structured living environment while working on his substance use and mental health issues.



EXHIBIT A

**Recommendations:**

This client meets criteria and he is recommended for Bridges of Iowa Clinically Managed High-intensity Residential Treatment level 3.5 followed by Clinically Managed Low-Intensity Residential Treatment level 3.1 then Outpatient treatment Level 1.0. He is eligible to be admitted directly from jail pending agreement by courts and bed availability.

Please feel free to contact me if you require additional information or have any questions about the evaluation and recommendations.

Sincerely,

*Debra M. Coughlin*

**Debra M. Coughlin, BS, IADC**
**Director of Assessment and Admissions**
**Bridges of Iowa**
1211 Vine Street
West Des Moines, IA 50265
515-494-8515-phone
515-209-7081-fax
dcoughlin@bridgesofia.org

CONFIDENTIAL

This information has been disclosed to you from records whose confidentiality is protected under the Health Insurance Portability and Accountability Act of 1996 ("HIPPA") 45 C.F.R. Pts. 160 & 164 and Federal Regulations ((42CFR Part 2), which prohibits you from making further discloser without specific written consent to the person of whom it pertains or as otherwise permitted by such regulations.

This information is also covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, and then please delete it. Thank you.