# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. Magistrate Judge

Case No. 4:22-cr-00065-JEG-HCA-1 : Clerk's Court Minutes – Detention Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | James Alan Bennett |

Plaintiff(s) Counsel: Mikaela J. Shotwell
Defendant(s) Counsel: Peter Ickes
Defendant's Appearance: In Person  ✔ Video Conference
Court Reporter: Tonya Gerke

All parties consent to video proceedings
✔ Yes    No
Interpreter: N/A
   Interpreter Sworn

Motion(s) for Ruling:    Ruling  /  Ruling Reserved

Government's Motion for Detention [13]    Granted

Court found that probable cause exists that the defendant committed the offense(s) charged
Court did not find that probable cause exists that the defendant committed the offense(s) charged
Government agrees to release on bond
Court advises Defendant/Government of right to appeal

Court issues ruling and orders Defendant:
✔ Detained pending further proceedings
  Released on conditions
  Court takes matter under advisement; Defendant to remain detained pending ruling on this matter

Additional Information

Attorney Peter Ickes appears for the purpose of today's hearing only as substitute counsel for CJA appointed Attorney James S. Nelsen. Government proffers the Pretrial Services Report [16] and the Indictment [2]. Defense counsel moves to admit the previously filed Exhibits A [21] and B [22]. Government does not object. The Court admits Defendant's Exhibits A and B. Argument by government. Argument by defense. Court issues ruling and grants Government's Motion for Detention [13].

Time Start: 3:02 p.m.
Time End: 3:11 p.m.
Date: June 8, 2022

/s/ M. Mast
_____
Deputy Clerk