IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:22-cr-065 |
| v. | GOVERNMENT'S TRIAL EXHIBIT LIST |
| JAMES ALAN BENNETT, | |
| Defendant. | |

The United States of America respectfully submits the following list of exhibits which may be introduced in the government's case-in-chief. This list may not include exhibits which may be introduced, depending in part upon issues which may arise during trial, and the government reserves its right to offer exhibits not on this list as necessary. Exhibits are labeled in the following categories:

| Exhibit No. | Description |
|---|---|
| 101 | 1,991.5 grams of methamphetamine from controlled buy on October 1, 2021 |
| 102 | Pink, Samsung cell phone seized on October 1, 2021 |
| 103 | Blue, Samsung cell phone seized on October 1, 2021 |
| 104A | 747.3 grams of methamphetamine from gray backpack |
| 104B | 0.29 grams of cocaine from gray backpack |
| 104C | 3.56 grams of cocaine from gray backpack |
| 104D | Digital scale from gray backpack |
| 104E | Baggies from gray backpack |
| 105 | 6,776 grams of methamphetamine from suitcase in trunk of Dodge Charger |
| 106 | Blue, Motorola cell phone seized on February 8, 2022 |

| Exhibit No. | Description |
|---|---|
| 201 | Photo of James Bennett |
| 202 | Photo of Kenneth Crook |
| 203 | Photo of Khrista Erdman |
| 204 | Photo of Amanda Earp / McGinnis |
| 205 | Photo of Rudie Oglesbee |
| 206 | Photo of Lora Noll |
| 207 | Photo of Kenneth Crook's cell phone on bed |
| 208 | Photo of Kenneth Crook's cell phone close up |
| 209 | Western Union receipt dated July 8, 2021 |
| 210 | Photo of 400 NE 46th Street (front) |
| 211 | Photo 400 NE 46th Street (garage) |
| 212 | Photo of Dodge Charged parked in driveway |
| 213 | Photo of Dodge Charger trunk with blue suitcase |
| 214 | Photo of Dodge Charger trunk with blue suitcase (open) |
| 215 | Photo of blue suitcase with interior trash bag open |
| 216 | Photo of methamphetamine from blue suitcase and trash bags |
| 217 | Photo of gray backpack in bedroom |
| 218 | Photo of gray backpack closed |
| 219 | Photo of gray backpack open with drugs |
| 220 | Photo of drugs removed from gray backpack |
| 221 | Photo of coins in gray backpack |
| 222 | Photo of dresser with bottom dresser drawer removed |
| 223 | Photo of drug ledger from under bottom dresser drawer |
| | |

| Exhibit No. | Description |
|---|---|
| 301 | Messages from Facebook account of James Bennett |
| 301A | Images from message from Lora Noll on July 24, 2021 |
| 302 | Text messages from Kenneth Crook's cell phone |
| 303 | Text messages from Khrista Erdman's pink, Samsung cell phone (GX 102) |
| 304 | Text messages from James Bennett's blue, Motorola cell phone (GX 106) |
| 304A | Image from text message from "Zack" on January 26, 2022 |
| | |
| 401 | Kenneth Crook – Plea Agreement |
| 402 | Kenneth Crook – Plea Agreement Attachment |
| 403 | Khrista Erdman – Plea Agreement |
| 404 | Khrista Erdman – Plea Agreement Attachment |
| 405 | Certified conviction records for FECR250425 |
| | |
| *For use during bifurcated proceeding only* | |
| 501 | Certified conviction records for FECR250425 |
| 502 | Certified offender movement records for James Bennett |
| | |

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */s/ Mikaela J. Shotwell*
Mikaela J. Shotwell
Adam J. Kerndt
Assistant United States Attorneys

U.S. Courthouse Annex
110 East Court Avenue, Suite 286
Des Moines, IA 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: mikaela.shotwell@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2022, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail ____ Fax ____Hand Delivery
__X__ECF/Electronic filing     ____Other means

UNITED STATES ATTORNEY
By: */s/ Mikaela J. Shotwell*