IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-CR-065 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES ALAN BENNETT, | ) | DEFENDANT'S EXHIBIT LIST |
| | ) | |
| Defendant. | ) | |

---

Defendant provides the following list of potential exhibits, received from the government's discovery, as a courtesy copy to the court and counsel of exhibits which may be used in cross-examination of government witnesses. This list may not be exhaustive depending on issues that arise at trial.

A- Photo of Erdman's search warrant photos

B- Photo of Vehicles- Erdman search warrant photos

C- Photo of Building materials- Erdman search warrant photos

D- Photo of Purse and money- Erdman search warrant photos

E- Photo of Money- Erdman search warrant photos

F- Photo of Vase with money- Erdman search warrant photos

G- Photo of Black purse with money- Erdman search warrant photos

H- Photo of Truck, packaging, meth- Erdman search warrant photos

I- Photo of Lock box, money and contents- Erdman search warrant photos

J- Photo of Box with baggie of weed- Erdman search warrant photos

K- Photo of Erdman and family pictures- Erdman search warrant photos

L- Photo of Uhaul storage card- Erdman search warrant photos

M- Photo of List of names and numbers- Erdman search warrant photos

N- Photo of Gray backpack- Erdman search warrant photos

O- Player information from Prairie Meadows, W2G information Prairie Meadows

P- Player information 1/1/20 thru 1/31/22

Q- Photo of Bennett search warrant photos

R- Khrista Erdman grand jury transcript

/s/ James Nelsen
James Nelsen
Stowers & Nelsen PLC
650 S. Prairie View Drive, Suite 130
West Des Moines, IA 50266
Phone: (515) 224-7446
Fax: (515) 225-6215
Email: james@stowersnelsen.com
ATTORNEY FOR DEFENDANT
James Alan Bennett