## United States District Court for the Southern District of Iowa

Presiding: Honorable James E. Gritzner

Case No. 4:22-cr-00065 : Clerk's Court Minutes – Jury Trial

| Plaintiff(s) | Defendant(s) |
|---|---|
| UNITED STATES OF AMERICA | JAMES ALAN BENNETT |

Plaintiff(s) Counsel: Mikaela Shotwell / Adam Kerndt

Defendant(s) Counsel: James Nelsen

Court Reporter: Kelli Mulcahy : Interpreter: N.A

Motion(s) for Ruling:             Ruling     /     Ruling Reserved

Jury Trial Day One

Proceedings:

Crt. plays "Called to Serve" to venire jury panel: 9:11-9:30. Crt. in session: 9:30. Venire jury panel sworn: 9:31. Crt. gives introduction regarding trial: 9:31-9:33. Crt. calls initial panel of 31 jurors: 9:34-9:47. Crt. voir dire: 9:47-10:26. Gov't voir dire. 10:26-10:47. Def. voir dire: 10:47-11:03. Gov't passes for cause. Def. passes for cause. Recess: 11:04-11:16. In presence of venire panel, counsel exercise strikes: 11:16-11:37. Counsel deny having any Batson challenges. Crt. announces petit jury. Jury sworn: 11:39. Crt excuses the remaining jurors and thanks them for their service: 11:39. Crt. reads preliminary jury instructions: 11:40-11:56. Jury excused for lunch recess: 11:57. Crt and counsel on the record out of the presence of the jury:11:57-11:58. Crt recess: 11:58-1:16. Gov't opening statements: 1:18-1:26. Def. opening statements: 1:26-1:31. Gov't calls DMPD Investigator Brady Pratt; sworn; testifies: direct 1:32-2:17; cross 2:17-2:39; redirect: 2:39-2:40; recross: 2:40-2:43. Recess: 2:43-2:55. Crt and counsel off the record out of the presence of the jury: 2:55-3:00. On the record in the presence of the jury: 3:00. Gov't calls Kenneth Crook; sworn; testifies: direct 3:01-3:37; cross 3:38-3:56; redirect: 3:56-3:59; recross: 3:59-4:00. Gov't calls DMPD Investigator Luke Eblen; sworn; testifies: direct 4:01-4:10; cross 4:10-4:11. Gov't calls DMPD Investigator Austin Finley; sworn; testifies: direct 4:12-4:26; cross 4:26-4:26. Gov't calls DMPD Captain Ryan Doty; sworn; testifies: direct 4:28- 4:32. Trial in recess for the day: 4:33.

Time Start: 9:11 am
Time End: 4:33 PM
Date: November 1, 2022

C. Murad
_____
Deputy Clerk