

DEFENDANT'S EXHIBIT B

















