

DEFENDANT'S
EXHIBIT

D

PENGAD 800-631-6989







