

DEFENDANT'S EXHIBIT F

