

DEFENDANT'S
EXHIBIT
G
PENGAD 800-631-6989