# United States District Court for the Southern District of Iowa

Presiding: Honorable James E. Gritzner  
Case No. 4:22-cr-00065 : Clerk's Court Minutes – Jury Trial

___

| Plaintiff(s) | : | Defendant(s) |
|---|---|---|
| UNITED STATES OF AMERICA | : | JAMES ALAN BENNETT |

___

Plaintiff(s) Counsel: Mikaela Shotwell / Adam Kerndt

Defendant(s) Counsel: James Nelsen

Court Reporter: Kelli Mulcahy : Interpreter: N/A

___

Motion(s) for Ruling:      Ruling    /    Ruling Reserved

___

Jury Trial Day Two

___

**Proceedings:**

Crt in session in the presence of the jury: 9:00. Gov't calls DCI Criminalist Megan Reedy; sworn; testifies: direct 9:02-9:17; cross 9:17-9:30. Gov't calls Khrista Erdman; sworn; testifies: direct 9:33-10:25. Recess: 10:25-10:44. Testimony of Erdman continues: cross 10:44-11:08. Gov't calls DEA Special Agent Thomas Smith; sworn; testifies: direct 11:09-11:59. Recess: 11:59-1:14. Testimony of Smith continues: direct 1:15-1:22; cross 1:23-1:33. Gov't recalls DMPD Investigator Brady Pratt. Court gives limiting instruction 1:33. Pratt reminded he is still under oath; testifies: direct 1:35-1:53; cross 1:53-1:56. Gov't rests: 1:56. Court proceeds out of the presence of the jury: 1:57. Court makes record regarding Def's decision not to testify: 1:57-1:59. Def. moves for judgment of acquittal for both close of gov't case and close of all evidence; counsel present arguments; Court denies motion. Court proceeds in the presence of the jury: 2:06. Def. rests: 2:06. 2:07. Court dismisses jury for the day: 2:07. Out of the presence of the jury, Court advises counsel of schedule. 2:07-2:09. Recess: 2:09-3:10. Court on the record outside the presence of the jury: 3:10. Counsel address objections to court's proposed instructions; Gov't has no objections to the proposed instructions with agreed upon modifications; Def objects and requests an instruction on multiple conspiracies; Court denies requested instruction. Court in recess for the day: 3:13.

Time Start: 9:00 am  
Time End: 3:13 pm  
Date: November 2, 2022

C. Murad  
_____  
Deputy Clerk