IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal No. 4:22-cr-065 |
| v. | ) | |
| | ) | GOVERNMENT'S |
| JAMES ALAN BENNETT, | ) | EXHIBITS |
| | ) | |
| Defendant. | ) | |

Pursuant to Local Criminal Rule 57B, the United States respectfully files the exhibits offered and/or admitted to the District Court in the above-referenced case during the trial held on November 1 and 2, 2022.

Respectfully Submitted,

Richard D. Westphal
United States Attorney

By: */s/ Mikaela J. Shotwell*
Mikaela J. Shotwell
United States Attorney

U. S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Mikaela.Shotwell@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2022, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail  _____Fax  _____Hand Delivery  _X_ ECF/Electronic filing  ____Other means

UNITED STATES ATTORNEY

By: */s/ Dawn Thomas*
Paralegal Specialist

1