**WARNING**

IF THE WORDS "VOID TAMPERING ACTIVATED" APPEAR ON THE ActiSeal™ TAPE ABOVE, TAMPERING MAY HAVE OCCURRED. DO NOT OPEN BAG. NOTIFY SUPERVISOR IMMEDIATELY.

SEALED BY **EVIDENCE** DATE

SEALED BY **EVIDENCE** DATE

SEALED BY **EVIDENCE** DATE

EVIDENCE

04110690

Ziploc

R7-1.2

100 - 12½" x 16"
**Evidence·PRO®**
Security Bags
w/ ActiSeal™
Item #5044

**EVIDENT**
www.ShopEVIDENT.com
1-800-576-7606
Made in the U.S.A.

21-24427-1.1
Repackaged



**GOVERNMENT EXHIBIT**
101

- - - - EXAMINATION CUT #3 - CUT ALONG BOTTOM TO REMOVE CONTENTS

- - - - EXAMINATION CUT #2 - CUT ALONG BOTTOM TO REMOVE CONTENTS

- - - - EXAMINATION CUT #1 - CUT ALONG BOTTOM TO REMOVE CONTENTS

GOVERNMENT
TRIAL EXHIBIT

Pink Samsung
Cell Phone
Exh. 102

GOVERNMENT
TRIAL EXHIBIT

Blue Samsung
Cell Phone
Exh. 103

EVIDENCE

CONTROL NO.     041 06 48

Remove this perforated receipt and retain for your records.

Case #: _____
Item #: _____
Date Sealed: _____ Time Sealed: _____ AM PM
Bag Sealed By: _____

WARNING

IF THE WORDS "VOID TAMPERING ACTIVATED" APPEAR ON THE ActiSeal™ TAPE ABOVE,
TAMPERING MAY HAVE OCCURRED. DO NOT OPEN BAG. NOTIFY SUPERVISOR IMMEDIATELY.

CONTROL NO.     041 06 48

EVIDENCE
(TO BE OPENED BY AUTHORIZED PERSONNEL ONLY)

GOVERNMENT
EXHIBIT
104A

Ziploc®

12/30/21
21-24423-2.1     21-24423-2.14

100 - 12½" x 18"
Evidence•PRO®
Security Bags
w/ ActiSeal™
Item #5044
EVIDENT
www.ShopEVIDENT.com
1-800-576-7606
Made in the U.S.A.

21-24423-2

EXAMINATION CUT #3 - CUT ALONG BOTTOM TO REMOVE CONTENTS

EXAMINATION CUT #2 - CUT ALONG BOTTOM TO REMOVE CONTENTS

EXAMINATION CUT #1 - CUT ALONG BOTTOM TO REMOVE CONTENTS

DO NOT CUT HERE — CHECK SIDE SEAMS FOR EVIDENCE OF TAMPERING

DO NOT CUT HERE — CHECK SIDE SEAMS FOR EVIDENCE OF TAMPERING



CONTROL NO. 062e192

Remove this perforated receipt and retain for your records.

Case #:
Description:
Bag Sealed By:
Date Sealed:
Time Sealed: ___ AM PM

www.EVIDENT.com

**WARNING**

IF THE WORDS "VOID TAMPERING ACTIVATED" APPEAR ON THE ActiSeal TAPE ABOVE,
TAMPERING MAY HAVE OCCURRED. DO NOT OPEN BAG. NOTIF...

062e192
Remove this perforated receipt and retain for your records.

**GOVERNMENT
EXHIBIT**

104B

2. Fold ActiSeal Security Tape AWAY from bag to remove release liner to expose adhesive.
3. Press adhesive flap down over dose. BAG IS NOW SEALED.

100 - 5¾" x 8"
**Evidence-PRO®**
Blank Security Bags
w/ ActiSeal™
Item #5508

**EVIDENT**
www.ShopEVIDENT.com
1-800-576-7606
Made in the U.S.A.

21-24427-2.2

EXAMINATION CUT #3 - CUT ALONG THIS LINE TO REMOVE CONTENTS

EXAMINATION CUT #2 - CUT ALONG THIS LINE TO REMOVE CONTENTS

EXAMINATION CUT #1 - CUT ALONG THIS LINE TO REMOVE CONTENTS

DO NOT CUT HERE — CHECK SIDE SEAMS FOR EVIDENCE OF TAMPERING

DO NOT CUT HERE — CHECK SIDE SEAMS FOR EVIDENCE OF TAMPERING

GOVERNMENT
TRIAL EXHIBIT

Digital Scale
from gray backpack
Exh. 104D

GOVERNMENT
TRIAL EXHIBIT

Baggies from
gray backpack
Exh. 104E



GOVERNMENT
TRIAL EXHIBIT

Blue Motorola
Cell Phone
Exh. 106