

GOVERNMENT
EXHIBIT

201

4:22-cr-065

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

202

4:22-cr-065



**GOVERNMENT EXHIBIT**

**203**

4:22-cr-065



**GOVERNMENT EXHIBIT**

**204**

4:22-cr-065

PENGAD 800-631-6989



**GOVERNMENT
EXHIBIT**

**205**

4:22-cr-065



GOVERNMENT
EXHIBIT

206

4:22-cr-065

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

207

4:22-cr-065



GOVERNMENT
EXHIBIT

208

4:22-cr-065



GOVERNMENT
EXHIBIT

**209**

4:22-cr-065



GOVERNMENT
EXHIBIT

210

4:22-cr-065



GOVERNMENT
EXHIBIT

211

4:22-cr-065



GOVERNMENT EXHIBIT

212

4:22-cr-065



GOVERNMENT
EXHIBIT

213

4:22-cr-065



GOVERNMENT
EXHIBIT

**214**

4:22-cr-065



GOVERNMENT
EXHIBIT

**215**

4:22-cr-065



GOVERNMENT
EXHIBIT
216
4:22-cr-065

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

217

4:22-cr-065

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

218

4:22-cr-065



GOVERNMENT
EXHIBIT

**219**

4:22-cr-065



GOVERNMENT
EXHIBIT

220

4:22-cr-065



GOVERNMENT
EXHIBIT

221

4:22-cr-065



GOVERNMENT
EXHIBIT

**222**

4:22-cr-065

Josh 4300
Sue 2000
Jamie 2000
Angie 8000

Kevin = 1500

Jimmy - 1250

GOVERNMENT
EXHIBIT

223

4:22-cr-065

PENGAD 800-631-6989