Facebook Messages – Anthony Flagg

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 6/15/2021 | 11:13 am | Anthony Flagg | Jamie Bennett | Yo |
| 6/15/2021 | 11:36 pm | Jamie Bennett | Anthony Flagg | What up yo |
| 6/15/2021 | 11:37 pm | Anthony Flagg | Jamie Bennett | Where you been at |
| 6/15/2021 | 11:37 pm | Anthony Flagg | Jamie Bennett | Been ducking me |
| 6/15/2021 | 11:37 pm | Jamie Bennett | Anthony Flagg | Im outta town right now and will be back tomorrow Now why would I be ducking you |



| Date | Time | From | To | Message |
|------|------|------|------|---------|
| 3/10/2021 | 1:00 am | Jamie Bennett | Amanda McGinnis | Who's wanting |
| 3/10/2021 | 2:11 am | Amanda McGinnis | Jamie Bennett | I |
| 3/10/2021 | 2:19 am | Amanda McGinnis | Jamie Bennett | Lol |
| 3/10/2021 | 2:19 am | Amanda McGinnis | Jamie Bennett | Where machu |
| 3/10/2021 | 2:38 am | Jamie Bennett | Amanda McGinnis | Where u at |
| 3/10/2021 | 2:42 am | Amanda McGinnis | Jamie Bennett | Home |
| 3/10/2021 | 2:50 am | Jamie Bennett | Amanda McGinnis | Where is home |
| 3/10/2021 | 2:55 am | Amanda McGinnis | Jamie Bennett | Clark and beaver |
| 3/10/2021 | 8:59 pm | Jamie Bennett | Amanda McGinnis | Where is my 300 that's from matt |
| 3/10/2021 | 9:07 pm | Jamie Bennett | Amanda McGinnis | [Video call lasting 6:09] |
| 3/11/2021 | 2:03 am | Amanda McGinnis | Jamie Bennett | I got ur bread |
| 3/11/2021 | 11:43 am | Jamie Bennett | Amanda McGinnis | U at home |
| 3/11/2021 | 1:09 pm | Amanda McGinnis | Jamie Bennett | Yes |
| 3/11/2021 | 1:10 pm | Amanda McGinnis | Jamie Bennett | I just woke up |
| 3/11/2021 | 1:10 pm | Jamie Bennett | Amanda McGinnis | Ok |
| 3/11/2021 | 1:16 pm | Amanda McGinnis | Jamie Bennett | U come by |

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 3/11/2021 | 1:35 pm | Jamie Bennett | Amanda McGinnis | No not yet but I wi |
| 3/11/2021 | 3:49 pm | Amanda McGinnis | Jamie Bennett | Did he really leave town |
| 3/12/2021 | 3:03 am | Amanda McGinnis | Jamie Bennett | Wtf well I guess no one wants this bread so I'm gonna use it on a place to live |
| 3/12/2021 | 3:04 am | Jamie Bennett | Amanda McGinnis | Bull shit. |
| 3/12/2021 | 3:05 am | Amanda McGinnis | Jamie Bennett | What??? |
| 3/12/2021 | 3:05 am | Jamie Bennett | Amanda McGinnis | I need that loot I am coming right now |

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 7/23/2021 | 7:54 pm | Brook Harms | Jamie Bennett | I'll give u the Chrysler 300 if u clear my debt and throw me 4 |
| | | | | |
| 7/28/2021 | 1:41 pm | Jamie Bennett | Brooke Harms | Don't even worry about that. And that car is super funded up and was when you brought it.  It's not even safe to drive what's all wrong with the 300 |
| 7/28/2021 | 1:41 pm | Jamie Bennett | Brooke Harms | Fucked up I meant |
| 7/28/2021 | 1:41 pm | Brooke Harms | Jamie Bennett | The 300 goes to the shop this week to get painted and completely fixed |
| 7/28/2021 | 1:42 pm | Brooke Harms | Jamie Bennett | The guy lives in casey iowa ig but I need a car dolly so he can take it and start fixing everything |
| 7/28/2021 | 1:42 pm | Brooke Harms | Jamie Bennett | What color u want it |
| 7/28/2021 | 1:42 pm | Brooke Harms | Jamie Bennett | Give me the Malibu back u can get the 300 |
| 7/28/2021 | 2:04 pm | Jamie Bennett | Brooke Harms | And do u have any money for me or am I just out that money too.  I'm out here looking like a straight up goofy because I traded u back and then I help u out and never get paid back then get treated like I just need to except that.  Oh and then on top of things I keep hearing about how you been plotting on getting me and telling everyone my business.  What is wrong with you.  Why would do that when I would literally just give whatever to help someone out and have.  That shit hurts my feelings dog. |

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 7/31/2021 | 2:01 am | Brooke Harms | Jamie Bennett | I'm not giving u the Malibu and the Chrysler and a generator for 4500 and 3 zips ur high as fuck |
| | | | | |
| 8/24/2021 | 11:41 am | Brooke Harms | Jamie Bennett | Y got any good poop |
| | | | | |
| 9/22/2021 | 10:20 am | Brooke Harms | Jamie Bennett | Do u got any |
| | | | | |
| 9/29/2021 | 5:43 pm | Brooke Harms | Jamie Bennett | My homie needs 4 |
| 9/29/2021 | 8:03 pm | Brooke Harms | Jamie Bennett | U got 4 |
| 9/29/2021 | 8:04 pm | Brooke Harms | Jamie Bennett | I got someone with cash |

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 7/9/2021 | 8:36 am | Ben Sixx | Jamie Bennett | Ok u coming home today or naw |
| 7/9/2021 | 8:37 am | Jamie Bennett | Ben Sixx | I'm about 5 hours out |
| 7/9/2021 | 8:50 am | Ben Sixx | Jamie Bennett | Dirt bag it said 1m ago u was at Walmart Dallas and cockerel hill rd in Dallas Texas |
| 7/9/2021 | 8:54 am | Jamie Bennett | Ben Sixx | That's where I was when I started that post |
| 7/9/2021 | 8:55 am | Ben Sixx | Jamie Bennett | Yea yes sounds fishy lol see ya soon Kobe ya bro |
| 7/9/2021 | 11:01 pm | Ben Sixx | Jamie Bennett | What's up pimp |
| 7/10/2021 | 6:43 am | Ben Sixx | Jamie Bennett | What up |
| 7/10/2021 | 7:08 am | Ben Sixx | Jamie Bennett | Yo nigga I need |
| 7/10/2021 | 7:08 am | Ben Sixx | Jamie Bennett | I got bread |

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 3/1/2021 | 11:13 pm | Cheryl Bledsoe | Jamie Bennett | Is lora with u i lost her number |
| 3/2/2021 | 12:07 am | Jamie Bennett | Cheryl Bledsoe | Nope. But hey dud u get any of that from that last zip she got |
| 3/2/2021 | 12:08 am | Cheryl Bledsoe | Jamie Bennett | Yes. |
| 3/2/2021 | 12:08 am | Cheryl Bledsoe | Jamie Bennett | Y what up? |
| 3/2/2021 | 12:09 am | Cheryl Bledsoe | Jamie Bennett | Hope i not cause problems |
| 3/2/2021 | 12:12 am | Jamie Bennett | Cheryl Bledsoe | I'm talking about the stuff like from the night u messaged me asking for ur dude.  Was it good because I been having complaints and I was hoping for ur insight |
| 3/2/2021 | 12:12 am | Cheryl Bledsoe | Jamie Bennett | We actually liked it |
| 3/2/2021 | 12:14 am | Cheryl Bledsoe | Jamie Bennett | But even when rabbit as getting from ya it was good i thought |
| 3/2/2021 | 12:15 am | Jamie Bennett | Cheryl Bledsoe | Ok that's all I need to hear cuz I'm gonna tell them to fuck of.  I know I always have good but the stuff from the other bite was from someone different than normal |
| | | | | |
| 3/14/2021 | 2:58 pm | Cheryl Bledsoe | Jamie Bennett | Do you have by chance |
| 3/14/2021 | 3:31 pm | Jamie Bennett | Cheryl Bledsoe | Yes |

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 3/14/2021 | 3:32 pm | Cheryl Bledsoe | Jamie Bennett | Let me get back to you when I get down to altoona |
| 3/14/2021 | 4:30 pm | Jamie Bennett | Cheryl Bledsoe | How much |
| 3/14/2021 | 4:31 pm | Cheryl Bledsoe | Jamie Bennett | Well was think a T if you would do that. In sti in ames |
| 3/14/2021 | 4:33 pm | Jamie Bennett | Cheryl Bledsoe | Ok r u going to be a long time |
| 3/14/2021 | 4:34 pm | Cheryl Bledsoe | Jamie Bennett | I'm hoping to be leaving for down there now |
| 3/14/2021 | 4:34 pm | Jamie Bennett | Cheryl Bledsoe | Come on with it then girly |
|  |  |  |  |  |
| 3/18/2021 | 11:24 pm | Cheryl Bledsoe | Jamie Bennett | Hey how much for a T?  And would you meet me halfway? |
| 3/18/2021 | 11:33 pm | Jamie Bennett | Cheryl Bledsoe | It would be 60 and yes but I have to go grab it first |
| 3/18/2021 | 11:34 pm | Cheryl Bledsoe | Jamie Bennett | Do u need my money first? |
| 3/18/2021 | 11:34 pm | Jamie Bennett | Cheryl Bledsoe | Nope |

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 5/30/2021 | 4:49 am | David Hunt | James Bennett | U ever get good |
| 5/30/2021 | 4:49 am | James Bennett | David Hunt | I'm good waiting for her to get back |
| 5/30/2021 | 4:50 am | David Hunt | James Bennett | I got yh a t money |
| 5/30/2021 | 4:50 am | James Bennett | David Hunt | My partner I mean |
| 5/30/2021 | 4:50 am | David Hunt | James Bennett | That money |
|  |  |  |  |  |
| 6/15/2021 | 8:55 pm | David Hunt | James Bennett | Wya |
| 6/15/2021 | 11:34 pm | James Bennett | David Hunt | Outta town till tomorrow |
| 6/16/2021 | 9:27 am | David Hunt | James Bennett | What's up |
| 6/16/2021 | 10:16 am | James Bennett | David Hunt | Heading back |
| 6/16/2021 | 2:32 pm | David Hunt | James Bennett | Bro |
| 6/16/2021 | 2:33 pm | David Hunt | James Bennett | I need help what's up |
| 6/16/2021 | 2:48 pm | James Bennett | David Hunt | I'm driving back |
| 6/16/2021 | 3:03 pm | David Hunt | James Bennett | When u gonna be bak |
| 6/16/2021 | 3:12 pm | James Bennett | David Hunt | Tonight |

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 12/25/2021 | 3:00 am | James Bennett | Debra Kendrick | I been miss you guys I really haven't been doing anything for a couple months ever since my friend got indicted |
| 12/25/2021 | 3:01 am | James Bennett | Debra Kendrick | I have been ok but Lost like ten grand when she got picked up |
| 12/25/2021 | 3:01 am | Debra Kendrick | James Bennett | Yes it sucks but life goes on |
| 12/25/2021 | 3:01 am | Debra Kendrick | James Bennett | That sucks |
| 12/25/2021 | 3:01 am | James Bennett | Debra Kendrick | Haven't really been able to recover from it either |
| 12/25/2021 | 3:02 am | Debra Kendrick | James Bennett | It's the fucking punk ass cops get u |
| 12/25/2021 | 3:03 am | Debra Kendrick | James Bennett | I heard threw grape vines u got rid of my girl |
| 12/25/2021 | 3:04 am | James Bennett | Debra Kendrick | I haven't been this hard up since right before ur brother passed away.  I really been missin him brother.  Man he was a good dude and one of my best friends.  Who's ur girl |
| 12/25/2021 | 3:07 am | James Bennett | Debra Kendrick | Huh r u asking if I got picked up by the cops or if I lost the money to the cops.  I haven't even been questioned by any cops and I lost the money when my friend got picked up by the feds |
| 12/25/2021 | 3:07 am | Debra Kendrick | James Bennett | If they get if form u |
| 12/25/2021 | 3:08 am | Debra Kendrick | James Bennett | They didn't get your money did they |

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 12/25/2021 | 3:08 am | James Bennett | Debra Kendrick | The feds took it cuz it was the other |
| 12/25/2021 | 3:09 am | Debra Kendrick | James Bennett | O h fuck |
| | | | | |
| 12/25/2021 | 3:15 am | James Bennett | Debra Kendrick | I promise you and butch is the one that did 3 controlled buys on her |
| 12/25/2021 | 3:15 am | Debra Kendrick | James Bennett | For |
| 12/25/2021 | 3:15 am | Debra Kendrick | James Bennett | Oh fuck |
| 12/25/2021 | 3:16 am | Debra Kendrick | James Bennett | Bitch got raided |
| 12/25/2021 | 3:16 am | James Bennett | Debra Kendrick | On my partner |
| 12/25/2021 | 3:16 am | Debra Kendrick | James Bennett | Well Andy told on butch |
| 12/25/2021 | 3:17 am | Debra Kendrick | James Bennett | So they all tell |
| 12/25/2021 | 3:17 am | James Bennett | Debra Kendrick | Ya and he didn't tell anyone about it but did 3 controlled buys on khrista and he got caught with like a whole bunch of guns and poop |
| | | | | |
| 12/25/2021 | 3:17 am | James Bennett | Debra Kendrick | Cause somehow I am being brought in on it with people all around town running my name through the dirt saying I am telling and I promise you I have always went and did my time |

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 7/6/2021 | 8:22 am | Justin Main | James Bennett | Jamie |
| 7/6/2021 | 11:30 am | Justin Main | James Bennett | Jamie bennett |
| 7/7/2021 | 1:28 am | Justin Main | James Bennett | Hey I need a Tshirt |
|  |  |  |  |  |
| 7/9/2021 | 9:45 am | Justin Main | James Bennett | Where is she |
| 7/9/2021 | 9:45 am | Justin Main | James Bennett | Where is she |
| 7/9/2021 | 9:55 am | Justin Main | James Bennett | Jamie |
| 7/9/2021 | 11:13 am | James Bennett | Justin Main | Got like 3 1/2 hours left |
| 7/9/2021 | 12:13 pm | Justin Main | James Bennett | Right on |
| 7/9/2021 | 4:04 pm | Justin Main | James Bennett | You back |
|  |  |  |  |  |
| 7/21/2021 | 8:07 pm | Justin Main | James Bennett | What's good yo |
| 7/21/2021 | 8:07 pm | James Bennett | Justin Main | Chilling |
| 7/21/2021 | 8:07 pm | Justin Main | James Bennett | You home |
| 7/21/2021 | 9:02 pm | Justin Main | James Bennett | Need zip |
| 7/21/2021 | 11:57 pm | Justin Main | James Bennett | Jjjjjjaaaaaaaammmmmmmmiiiiiiiiiiiiieeeeeeeeeee |

Facebook Messages – Justin Main

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 7/26/2021 | 5:23 pm | Justin Main | James Bennett | I've got $1500 |
| 7/26/2021 | 6:09 pm | Justin Main | James Bennett | Jamie |
| 7/26/2021 | 8:42 pm | James Bennett | Justin Main | U still needing that bro. I could use more than $500 down tho |
| 7/26/2021 | 11:38 pm | Justin Main | James Bennett | Dude by the time you get here everyone will have gotten it some place else |

| Date | Time | From | To | Message |
|------|------|------|------|---------|
| 5/25/2021 | 4:07 pm | Jamie Bennett | Khrista Erdman | So when you going to be back |
| 5/25/2021 | 4:21 pm | Khrista Erdman | Jamie Bennett | I didn't leave |
| 5/25/2021 | 4:28 pm | Jamie Bennett | Khrista Erdman | So whats going on with everything and where are you |
| 5/25/2021 | 4:29 pm | Khrista Erdman | Jamie Bennett | Lots going on let me finish this call with our boss and I'll call u.  It's all bad |
| 5/25/2021 | 5:34 pm | Jamie Bennett | Khrista Erdman | Oh no |
| 5/25/2021 | 7:20 pm | Khrista Erdman | Jamie Bennett | Can you come to Altoona |
| 5/25/2021 | 7:25 pm | Khrista Erdman | Jamie Bennett | Road trip? |
| 5/25/2021 | 8:06 pm | Jamie Bennett | Khrista Erdman | I'm down |
| 5/25/2021 | 8:40 pm | Khrista Erdman | Jamie Bennett | We need to talk and we don't have to take a road trip. |

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 7/24/2021 | 11:34 pm | Lora Noll | Jamie Bennett |   |
| 7/24/2021 | 11:34 pm | Lora Noll | Jamie Bennett |  |
| 7/28/2021 | 1:36 pm | Jamie Bennett | Lora Noll | So wh where did you get these coins from because I've owned every single one of them |
| | | | | |
| 8/24/2021 | 1:48 am | Lora Noll | Jamie Bennett | Can u sell me some dope tonight I just don't want to feel this right now |
| | | | | |
| 8/24/2021 | 1:50 am | Lora Noll | Jamie Bennett | Does someone in town that u front have something |

| Date | Time | From | To | Message |
|------|------|------|------|---------|
| 8/24/2021 | 1:51 am | Lora Noll | Jamie Bennett | I seriously can't stop thinking and I want to get high and just clean not thibk right now |
| 8/24/2021 | 2:00 am | Lora Noll | Jamie Bennett | Can I go meet up with Krista |
| 8/24/2021 | 2:06 am | Jamie Bennett | Lora Noll | I don't care what you do we aren't even talking at the moment we're beefin |
| 8/24/2021 | 2:09 am | Lora Noll | Jamie Bennett | Ok so do u have someone else that u could have meet me? Cuz if ur beefin I'm definitely not trying to fuck with that. |
| 8/24/2021 | 2:14 am | Jamie Bennett | Lora Noll | Hang on |
| 8/24/2021 | 2:15 am | Lora Noll | Jamie Bennett | Thank u |
| 8/24/2021 | 2:19 am | Jamie Bennett | Lora Noll | You have to wait a few but then you'll have to go over to Justin's over there at the apartments And he'll bring it out to you |
| 8/24/2021 | 2:20 am | Lora Noll | Jamie Bennett | Ok. What do I have to pay him |
| 8/24/2021 | 3:00 am | Lora Noll | Jamie Bennett | How long do u want me to wait |
| 8/24/2021 | 3:04 am | Jamie Bennett | Lora Noll | U can go over now and get it |
| 8/24/2021 | 3:07 am | Lora Noll | Jamie Bennett | Ok. What do I owe him? |
| 8/24/2021 | 3:12 am | Lora Noll | Jamie Bennett | Cuz I've literally got like $5 on me but I'll give it to him |

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 8/24/2021 | 3:12 am | Lora Noll | Jamie Bennett | I'm heading there now from downtown |
| 8/24/2021 | 3:15 am | Jamie Bennett | Lora Noll | U owe nothing |
| 8/24/2021 | 3:16 am | Lora Noll | Jamie Bennett | Thank u |

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 8/10/2021 | 2:30 pm | Rudie Oglesbee | James Bennett | Yo i have ppl money and old boy south has the money and needs where are you |
| | | | | |
| 8/10/2021 | 9:24 pm | Rudie Oglesbee | James Bennett | You told me when you left you would be back in an hr you never came but I don't understand why you would ever lie to me it real hurts my heart that you would. Your not a man of his word. And you only car about yourself |
| 8/10/2021 | 11:57 pm | James Bennett | Rudie Oglesbee | But u r one to keep yours. U said u had someone who needs a t shirt and I even made it a g over and look it here what do u know ur nowhere to be seen. |
| 8/11/2021 | 12:09 am | Rudie Oglesbee | James Bennett | I have the money and I had to shower and do some things you said you had place to go .. I done doing this with you and I will come bring you your money no problem |
| | | | | |
| 8/15/2021 | 8:44 pm | Jamie Bennett | Rudie Oglesbee | L I sten bitch I swear on my kids do u know what you caused, u probably just got me killed because u want to switch some junk in my bag |
| 8/15/2021 | 8:50 pm | Rudie Oglesbee | Jamie Bennett | I'm telling you I didn't do that and why am I always the first person you fucking a blame on everything you need to take a look of who else is around you and who else might have been around then |

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 8/15/2021 | 9:00 pm | Rudie Oglesbee | Jamie Bennett | I think your making the whole thing up so you have a reason to blame me so you can be with lora [ . . . ] |
| 8/15/2021 | 9:40 pm | Rudie Oglesbee | Jamie Bennett | You are a real pos how in the fuck you going to blame me for some shit I really didn't do [ . . . ] |
| 8/15/2021 | 10:04 pm | Jamie Bennett | Rudie Oglesbee | I ain't even talking about that whole situation because that's just a little part of the whole big picture Rudie.  My life is on the line here and u think it's a fucking joke.  This is the fucking Cartel and that's a lot of money.  Wtf. |

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 3/12/2021 | 12:09 am | Jamie Bennett | Rusty Throckmorton | What's up.  I can get some but its 650 now cuz I had to go somewhere else but it is super fire chunks |
| | | | | |
| 6/27/2021 | 1:06 pm | Jamie Bennett | Rusty Throckmorton | Seriously bro.  What did u forget about the money you owe me |
| 6/27/2021 | 2:55 pm | Rusty Throckmorton | Jamie Bennett | I didn't forget bro .. shit came up sorry I got u im just trying / To stay afloat |
| 7/1/2021 | 6:41 am | Rusty Throckmorton | Jamie Bennett | Dawg |
| 7/1/2021 | 6:45 am | Rusty Throckmorton | Jamie Bennett | ?? |
| 7/1/2021 | 6:45 am | Rusty Throckmorton | Jamie Bennett | ?? |
| 7/1/2021 | 7:14 am | Jamie Bennett | Rusty Throckmorton | What's up |
| 7/1/2021 | 8:36 am | Rusty Throckmorton | Jamie Bennett | How much I owe you |
| 7/1/2021 | 9:20 am | Jamie Bennett | Rusty Throckmorton | 800 |
| 7/1/2021 | 9:21 am | Rusty Throckmorton | Jamie Bennett | I got u |
| 7/1/2021 | 9:23 am | Rusty Throckmorton | Jamie Bennett | You good i need some that |
| 7/1/2021 | 10:06 am | Jamie Bennett | Rusty Throckmorton | Come on then bro. U take forever |
| 7/1/2021 | 1:19 pm | Jamie Bennett | Rusty Throckmorton | Hello |

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 7/1/2021 | 1:22 pm | Rusty Throckmorton | Jamie Bennett | Wzt up |
| 7/1/2021 | 1:22 pm | Rusty Throckmorton | Jamie Bennett | I got to take my buddy home and then I got to find a ride up there since I ain't got no vehicle |
| 7/1/2021 | 1:23 pm | Jamie Bennett | Rusty Throckmorton | I'll meet you at our usual place |
|  |  |  |  |  |
| 7/22/2021 | 5:57 pm | Rusty Throckmorton | Jamie Bennett | I need some good shit |
| 7/22/2021 | 6:37 pm | Rusty Throckmorton | Jamie Bennett | Wats up u got |
| 7/22/2021 | 7:12 pm | Jamie Bennett | Rusty Throckmorton | U going to come c me or what |
| 7/22/2021 | 7:22 pm | Rusty Throckmorton | Jamie Bennett | Ya i need to ill bring u 14 |
| 7/22/2021 | 10:12 pm | Rusty Throckmorton | Jamie Bennett | U around ur place ill b heading up soon |
| 7/22/2021 | 10:37 pm | Jamie Bennett | Rusty Throckmorton | Yes |
| 7/23/2021 | 12:08 am | Rusty Throckmorton | Jamie Bennett | I'm omw 45 min |
| 7/23/2021 | 1:18 am | Rusty Throckmorton | Jamie Bennett | I thought 18 for a quarter how did I only get 3 and still owe u 450 I fill like I got fuck and not in a good way |
|  |  |  |  |  |
| 8/15/2021 | 9:48 am | Rusty Throckmorton | Jamie Bennett | U good yet |
| 8/15/2021 | 5:51 pm | Jamie Bennett | Rusty Throckmorton | Hey bro I need that loot so I can get more. |

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 8/15/2021 | 6:13 pm | Rusty Throckmorton | Jamie Bennett | I'm collecting the rest now |
| 8/15/2021 | 10:05 pm | Jamie Bennett | Rusty Throckmorton | So what's up have u got my money.  U had it last night and now u don't. |
| 8/15/2021 | 10:05 pm | Rusty Throckmorton | Jamie Bennett | I needed some ill have it tomorrow sorry dawg |
| 8/15/2021 | 10:38 pm | Jamie Bennett | Rusty Throckmorton | U don't have any of my money bro.  Thi as isn't a joke my life is on the line |
| | | | | |
| 8/27/2021 | 11:06 pm | Jamie Bennett | Rusty Throckmorton | What's up with my money bro I need that shit |
| 8/28/2021 | 10:58 am | Jamie Bennett | Rusty Throckmorton | R u serious right now.  Not even going to say anything. |
| | | | | |
| 8/29/2021 | 1:20 am | Jamie Bennett | Rusty Throckmorton | What r u talking about we already made that deal for the 500 and that deal has already done and knowkced off.  Remember.  Don't be reniggin on me.  I have already paid for that shit and u still owe what u owe.  U see to be forgetting about how I never turned u away all those times with fronting u qtr after qyr did i?  Now all of a sudden I don't have.  Ore right no a and where are u, MIA that's where and don't have my m I need.  I already had to pay for urs why can't I get paid. |

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 9/25/2021 | 8:09 am | Jamie Bennett | Rusty Throckmorton | Really man u can't even make an attempt to pay me.  That's u calling me a n****r dude.  Super disrespectful.  He u wasn't ignoring me when you were asking for a front.  I need some money today and I'm going to be making a trip to u later on |



GX 301A, p. 001

GOVERNMENT
EXHIBIT

301a

4:22-cr-065

PENGAD 800-631-6989





# Text Messages – Kenneth Crook

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 7/7/2021 | 9:32 pm | "Khristen" | Kenneth Crook | Call me |
| 7/8/2021 | 5:53 am | Kenneth Crook | "Khristen" | I didn't get this till this morning, I tried calling but went to voicemail.whats up |
| 7/8/2021 | 8:51 am | "Khristen" | Kenneth Crook | Call me ASAP please |
| 7/8/2021 | 10:08 am | Kenneth Crook | "Khristen" | I tried calling again |
| 7/8/2021 | 11:21 am | "Khristen" | Kenneth Crook | They are giving me until 2 pm |
| 7/8/2021 | 12:05 pm | "Khristen" | Kenneth Crook | Western union it to James Bennett at the west end tobacco and food mart 909 Elm st Dallas Texas 75202 |
| 7/8/2021 | 12:07 pm | Kenneth Crook | "Khristen" | It's 4 grand |
| 7/8/2021 | 12:13 pm | "Khristen" | Kenneth Crook | Yes |
| 7/8/2021 | 1:53 pm | Kenneth Crook | "Khristen" | I'm sending it right now |
| 7/8/2021 | 1:53 pm | "Khristen" | Kenneth Crook | Ok |
| 7/8/2021 | 2:20 pm | Kenneth Crook | "Khristen" | Tracking number is 872-833-3968 |
| 7/8/2021 | 2:25 pm | "Khristen" | Kenneth Crook | He's on the phone with them now |
| 7/8/2021 | 2:27 pm | "Khristen" | Kenneth Crook | After you call them he can pick it up and I can come home |



GOVERNMENT
EXHIBIT

**302**

4:22-cr-065

PENGAD 800-631-6989

Text Messages – Kenneth Crook

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 7/8/2021 | 2:31 pm | "Khristen" | Kenneth Crook | What's your last name he needs it to be able to pick it up |
| 7/8/2021 | 2:53 pm | "Khristen" | Kenneth Crook | I'm on the phone with mid American energy is everything ok |
| 7/8/2021 | 3:06 pm | Kenneth Crook | "Khristen" | They denied the transfer.now what |
| 7/8/2021 | 3:08 pm | "Khristen" | Kenneth Crook | The only other option is to deposit it into my bank and I'll have to go draw it out down here. My bank is in Altoona right next to ace hardware by my old apartment |
| 7/8/2021 | 3:23 pm | Kenneth Crook | "Khristen" | Ok send me all the information and I'll head over there now, |
| 7/8/2021 | 3:31 pm | "Khristen" | Kenneth Crook | Just go to bank Iowa in Altoona and tell them you need to make a deposit for your neice. They will ask my name it's khrista Erdman my kids dad does it all the time and thats it |
| 7/8/2021 | 3:31 pm | "Khristen" | Kenneth Crook | It will be available right away |
| 7/8/2021 | 3:33 pm | Kenneth Crook | "Khristen" | Ok, I'm on my way. I'll let you know when it's done |
| 7/8/2021 | 3:37 pm | "Khristen" | Kenneth Crook | Thank u |
| 7/8/2021 | 4:25 pm | "Khristen" | Kenneth Crook | Did u make it there |
| 7/8/2021 | 4:36 pm | Kenneth Crook | "Khristen" | I just got here |

| Date | Time | From | To | Message |
|---|---|---|---|---|
| 7/8/2021 | 4:38 pm | Kenneth Crook | "Khristen" | They are doing it now |
| 7/8/2021 | 4:40 pm | Kenneth Crook | "Khristen" | Done |
| 7/8/2021 | 4:53 pm | "Khristen" | Kenneth Crook | Thank u |
|  |  |  |  |  |
| 7/9/2021 | 6:31 pm | "Jammie Krista's Friend" | Kenneth Crook | Hey Butch Jamie call sister that I'm pretty sure you're going to want but you'll probably just have to come to me now from Krista so call me ASAP please |
|  |  |  |  |  |
| 7/10/2021 | 3:27 pm | "Khristen" | Kenneth Crook | Did Jamie bring that to you |
| 7/10/2021 | 4:45 pm | Kenneth Crook | "Khristen" | Yes |

Text Messages – Khrista Erdman (extracted from Government Exhibit 102)

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 9/30/2021 | 2:11 am | "Bills Other Temp Num" | Khrista Erdman | I'm leaving my place in 15 minutes give me an address to where you guys are going to be |
| 9/30/2021 | 6:17 am | Khrista Erdman | "Bills Other Temp Num" | Harrahs motel and casino |
| 9/30/2021 | 12:55 pm | Khrista Erdman | "Bills Other Temp Num" | Im on the phone with my mom |
| 9/30/2021 | 2:06 pm | "Bills Other Temp Num" | Khrista Erdman | Christa call me you or Jamie grab that white Harley Davidson jacket I let Nikki use |
| 9/30/2021 | 6:01 pm | Khrista Erdman | "Bills Other Temp Num" | ,yes jamie grabbed it when he grabbed my bags I have it here |
| 10/1/2021 | 8:11 am | "Bills Other Temp Num" | Khrista Erdman | Okay good deal but give me a call will you we just got back |
| 10/1/2021 | 1:22 pm | Khrista Erdman | "Bills Other Temp Num" | Call me back I need to talk to you about something important |



GOVERNMENT EXHIBIT

303

4:22-cr-065

PENGAD 800-631-6989

Text Messages – Khrista Erdman (extracted from Government Exhibit 102)

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 9/24/2021 | 9:04 am | "Mike's Cousin" | Khrista Erdman | Everything is fine? |
| 9/24/2021 | 9:05 am | Khrista Erdman | "Mike's Cousin" | Yep on my way home. R u ready for me to go to Texas |
| 9/24/2021 | 9:27 am | "Mike's Cousin" | Khrista Erdman | We can set up next week to go to Dallas of you want to |
| 9/24/2021 | 11:54 pm | Khrista Erdman | "Mike's Cousin" | Sure I think it would probably be better than making a trip every 4 days |
| | | | | |
| 9/29/2021 | 4:58 pm | "Mike's Cousin" | Khrista Erdman | Hello how are you Jane |
| 9/29/2021 | 5:20 pm | Khrista Erdman | "Mike's Cousin" | Good I was just getting ready to text you can I come to kansas tonight and pick up food in the morning |
| 9/29/2021 | 5:26 pm | "Mike's Cousin" | Khrista Erdman | Its fine no problem and thats why im texting you becouse I told my boss to get 20 this time so you dont have to drive every 4-5 days and he said is fine just try to bring the more tickets you can to be always in the same page |
| 9/29/2021 | 5:26 pm | Khrista Erdman | "Mike's Cousin" | Ok I'm rounding it up now |
| 9/29/2021 | 5:27 pm | "Mike's Cousin" | Khrista Erdman | Ok thanks and let me know when you have all to set up everything for you in Kansas |
| 9/29/2021 | 8:38 pm | "Mike's Cousin" | Khrista Erdman | Did you leave to Kansas? |

Text Messages – Khrista Erdman (extracted from Government Exhibit 102)

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 9/29/2021 | 9:19 pm | Khrista Erdman | "Mike's Cousin" | Just now leaving |
| 9/29/2021 | 9:39 pm | "Mike's Cousin" | Khrista Erdman | Ok |
| 9/29/2021 | 9:39 pm | "Mike's Cousin" | Khrista Erdman | To set up everything tomorrow,what time is good for you to pick up the food |
| 9/29/2021 | 10:48 pm | Khrista Erdman | "Mike's Cousin" | As early as possible I have exactly 50 |
| 9/29/2021 | 11:40 pm | "Mike's Cousin" | Khrista Erdman | Hopefully tomorrow the guy have time early in the morning but I text you tomorrow between 9am have good night Jane |
| 9/30/2021 | 9:25 am | Khrista Erdman | "Mike's Cousin" | Good morning |
| 9/30/2021 | 9:29 am | "Mike's Cousin" | Khrista Erdman | Good morning Jane |
| 9/30/2021 | 9:38 am | Khrista Erdman | "Mike's Cousin" | Just wondering if the food will be ready soon |
| 9/30/2021 | 9:44 am | "Mike's Cousin" | Khrista Erdman | I just text them and waiting their answer |
| 9/30/2021 | 9:45 am | "Mike's Cousin" | Khrista Erdman | Becouse I told them you are ready to go |
| 9/30/2021 | 9:47 am | Khrista Erdman | "Mike's Cousin" | I have a room at Harrah's |
| 9/30/2021 | 9:49 am | "Mike's Cousin" | Khrista Erdman | He just answer he is gonna sent me the adress |
| 9/30/2021 | 9:50 am | Khrista Erdman | "Mike's Cousin" | Ok thank you |
| 9/30/2021 | 9:50 am | "Mike's Cousin" | Khrista Erdman | Remember the adress from the minimarket? |
| 9/30/2021 | 9:55 am | "Mike's Cousin" | Khrista Erdman | 962 Pacific Ave,Kansas City,KS 66101 |

Text Messages – Khrista Erdman (extracted from Government Exhibit 102)

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 9/30/2021 | 9:55 am | Khrista Erdman | "Mike's Cousin" | Yes is he ready for me now |
| 9/30/2021 | 10:04 am | "Mike's Cousin" | Khrista Erdman | Yes,how far you are from there? |
| 9/30/2021 | 10:11 am | "Mike's Cousin" | Khrista Erdman | Hello are you there Jane |
| 9/30/2021 | 10:15 am | Khrista Erdman | "Mike's Cousin" | 22 min im dropping my uncle off on the way he just bought a truck |
| 9/30/2021 | 10:16 am | "Mike's Cousin" | Khrista Erdman | Ok he is there waiting you |
| 9/30/2021 | 10:18 am | Khrista Erdman | "Mike's Cousin" | On my way |
| 9/30/2021 | 10:19 am | "Mike's Cousin" | Khrista Erdman | Ok |
| 9/30/2021 | 10:27 am | Khrista Erdman | "Mike's Cousin" | I'll be there in 10 minutes my uncle is with me I'll drop him off to get his truck after I pick up the food in a quarter mile use the left two lanes |
| 9/30/2021 | 10:38 am | "Mike's Cousin" | Khrista Erdman | Ok thanks |
| 9/30/2021 | 10:39 am | Khrista Erdman | "Mike's Cousin" | I'm here am I waiting for the white truck |
| 9/30/2021 | 10:45 am | "Mike's Cousin" | Khrista Erdman | Ok |
| 9/30/2021 | 10:50 am | "Mike's Cousin" | Khrista Erdman | Did you see him? |
| 9/30/2021 | 10:56 am | Khrista Erdman | "Mike's Cousin" | Yes everything went great I'm headed home |
| 9/30/2021 | 11:02 am | "Mike's Cousin" | Khrista Erdman | Drive safety and let me know when you are in home please |

Text Messages – Khrista Erdman (extracted from Government Exhibit 102)

| Date | Time | From | To | Message |
|------|------|------|------|---------|
| 9/30/2021 | 11:33 am | "Mike's Cousin" | Khrista Erdman | The guy from the food said you give him 47 |
| 9/30/2021 | 11:37 am | Khrista Erdman | "Mike's Cousin" | I counted it last night and again today I had 5 stacks of 10 but ok I guess add it to my bill. |

| Date | Time | From | To | Message |
|------|------|------|------|---------|
| 1/26/2022 | 12:46 pm | "Zack" | James Bennett | |
| 1/26/2022 | 1:18 pm | James Bennett | "Zack" | So what did you pay for this stuff |
| 1/26/2022 | 1:24 pm | "Zack" | James Bennett | Its not mine. I was just wondering if by chance it was maybe some of your stuff bro. It's a fairly shady individual that has these. |
| 1/26/2022 | 1:30 pm | "Zack" | James Bennett | I'll always be on the lookout for you on any coin sets I come across here on out. Unless you tell me to quit anyways. Lol Just the kinda guy I try to be bro. |
| 1/26/2022 | 1:30 pm | James Bennett | "Zack" | Definitely looks like a watch I had and those coins look like the coin plastic s that I put the coins in. Who is it |



GOVERNMENT
EXHIBIT

**304**

4:22-cr-065

Messages – James Bennett (extracted from Government Exhibit 106)

| Date | Time | From | To | Message |
|------|------|------|-----|---------|
| 1/31/2022 | 6:00 am | "Rudie" | James Bennett | You will never change and I don't want my son around this mess |
| 1/31/2022 | 6:00 am | James Bennett | "Rudie" | Actually I ain't selling no more |



GOVERNMENT
EXHIBIT

**304a**

4:22-cr-065