United States District Court for the Southern District of Iowa

Presiding: Honorable James E. Gritzner
Case No. 4:22-cr-00065 : Clerk's Court Minutes – Jury Trial

___

| Plaintiff(s) | Defendant(s) |
|---|---|
| UNITED STATES OF AMERICA | JAMES ALAN BENNETT |

___

Plaintiff(s) Counsel: Mikaela Shotwell / Adam Kerndt

Defendant(s) Counsel: James Nelsen

Court Reporter: Kelli Mulcahy : Interpreter: N/A

Motion(s) for Ruling: Ruling / Ruling Reserved

Jury Trial Day Three (Final)

**Proceedings:**

Court in session in the presence of the jury: 9:04. Court reads final jury instructions: 9:04-9:21. Government presents closing statements: 9:21-9:42. Defendant presents closing statements: 9:42-9:59. Government presents rebuttal statements: 9:59-10:09. Court reads remaining final instructions: 10:09-10:12. Court dismisses alternate juror with the Court's thanks: 10:12. Jury sent to deliberate: 10:12. Court proceeds out the presence of the jury: 10:12-10:14. Recess: 10:14-12:53. Court notified the jury has reached a verdict: 12:53. Court on the record out of the presences of the jury: 1:07-1:10. Court proceeds in the presence of the jury: 1:10. Foreperson confirms that the jury has reached a unanimous verdict; Court inspects verdict form; verdict is read in open court: 1:11. Jury is dismissed with the Court's thanks: 1:11. Court proceeds on the record out of the presence of the jury; Court announces sentencing date will be March 14, 2023 at 1:30; orders Defendant remain detained. Court adjourned: 1:11.

Time Start: 9:04 am
Time End: 1:11 pm
Date: November 3, 2022

C. Murad
___
Deputy Clerk