# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

**UNITED STATES**

v.

**JAMES ALAN BENNETT**

Case Number: 4:22-cr-00065

**EXHIBIT LIST**

| PRESIDING JUDGE<br>Hon. James E. Gritzner | | | | | PLAINTIFF'S ATTORNEY<br>Mikaela Shotwell / Adam Kerndt | DEFENDANT'S ATTORNEY<br>James Nelsen |
|---|---|---|---|---|---|---|
| DATES:<br>11/1/22 – 11/3/22 | | | | | COURT REPORTER<br>Kelli Mulcahy | LAW CLERK<br>C. Murad |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 101 | | 11/1/22 | YES | YES | 1,991.5 grams methamphetamine from controlled buy on 10/1/21 | |
| 102 | | 11/1/22 | YES | YES | Pink, Samsung cell phone seized on October 1, 2021 | |
| 103 | | 11/1/22 | YES | YES | Blue, Samsung cell phone seized on October 1, 2021 | |
| 104A | | 11/1/22 | YES | YES | 747.3 grams of methamphetamine from gray backpack | |
| 104B | | 11/1/22 | YES | YES | 0.29 grams of cocaine from gray backpack | |
| 104C | | 11/1/22 | YES | YES | 3.56 grams of cocaine from gray backpack | |
| 104D | | 11/1/22 | YES | YES | Digital scale from gray backpack | |
| 104E | | 11/1/22 | YES | YES | Baggies from gray backpack | |
| 105 | | 11/1/22 | YES | YES | 6,776 grams of methamphetamine from suitcase in trunk of Dodge Charger | |
| 106 | | 11/1/22 | YES | YES | Blue, Motorola cell phone seized on February 8, 2022 | |
| 201 | | 11/1/22 | YES | YES | Photo of James Bennett | |
| 202 | | 11/1/22 | YES | YES | Photo of Kenneth Crook | |
| 203 | | 11/1/22 | YES | YES | Photo of Khrista Erdman | |
| 204 | | 11/2/22 | YES | YES | Photo of Amanda Earp / McGinnis | |
| 205 | | 11/2/22 | YES | YES | Photo of Rudie Oglesbee | |
| 206 | | 11/2/22 | YES | YES | Photo of Lora Noll | |
| 207 | | 11/1/22 | YES | YES | Photo of Kenneth Crook's cell phone on bed | |
| 208 | | 11/1/22 | YES | YES | Photo of Kenneth Crook's cell phone close up | |
| 209 | | 11/1/22 | YES | YES | Western Union receipt dated July 8, 2021 | |
| 210 | | 11/1/22 | YES | YES | Photo of 400 NE 46th Street (front) | |

| | | | | | |
|---|---|---|---|---|---|
| 211 | | 11/1/22 | YES | YES | Photo 400 NE 46th Street (garage) |
| 212 | | 11/1/22 | YES | YES | Photo of Dodge Charged parked in driveway |
| 213 | | 11/1/22 | YES | YES | Photo of Dodge Charger trunk with blue suitcase |
| 214 | | 11/1/22 | YES | YES | Photo of Dodge Charger trunk with blue suitcase (open) |
| 215 | | 11/1/22 | YES | YES | Photo of blue suitcase with interior trash bag open |
| 216 | | 11/1/22 | YES | YES | Photo of methamphetamine from blue suitcase and trash bags |
| 217 | | 11/1/22 | YES | YES | Photo of gray backpack in bedroom |
| 218 | | 11/1/22 | YES | YES | Photo of gray backpack closed |
| 219 | | 11/1/22 | YES | YES | Photo of gray backpack open with drugs |
| 220 | | 11/1/22 | YES | YES | Photo of drugs removed from gray backpack |
| 221 | | 11/1/22 | YES | YES | Photo of coins in gray backpack |
| 222 | | 11/1/22 | YES | YES | Photo of dresser with bottom dresser drawer removed |
| 223 | | 11/1/22 | YES | YES | Photo of drug ledger from under bottom dresser drawer |
| 301 | | 11/1/22 | YES | YES | Messages from Facebook account of James Bennett |
| 301A | | 11/1/22 | YES | YES | Images from message from Lora Noll on July 24, 2021 |
| 302 | | 11/1/22 | YES | YES | Text messages from Kenneth Crook's cell phone |
| 303 | | 11/1/22 | YES | YES | Text messages from Khrista Erdman's pink, Samsung cell phone (GX 102) |
| 304 | | 11/1/22 | YES | YES | Text messages from James Bennett's blue, Motorola cell phone (GX 106) |
| 304A | | 11/1/22 | YES | YES | Image from text message from "Zack" on January 26, 2022 |
| 401 | | 11/1/22 | YES | YES | Kenneth Crook – Plea Agreement |
| 402 | | 11/1/22 | YES | YES | Kenneth Crook – Plea Agreement Attachment |
| 403 | | 11/2/22 | YES | YES | Khrista Erdman – Plea Agreement |
| 404 | | 11/2/22 | YES | YES | Khrista Erdman – Plea Agreement Attachment |
| 405 | | 11/2/22 | YES | YES | Certified conviction records for FECR250425 |
| | | | | | |
| | A | 11/1/22 | YES | YES | Photo of Erdman s search warrant photos |
| | B | 11/1/22 | YES | YES | Photo of Vehicles- Erdman search warrant photos |
| | D | 11/1/22 | YES | YES | Photo of Purse and money- Erdman search warrant photos |
| | E | 11/1/22 | YES | YES | Photo of Money- Erdman search warrant photos |
| | F | 11/1/22 | YES | YES | Photo of Vase with money- Erdman search warrant photos |
| | G | 11/1/22 | YES | YES | Photo of Black purse with money- Erdman search warrant photos |

|   |    |         |     |     |                                                                         |
|---|----|---------|-----|-----|-------------------------------------------------------------------------|
|   | H  | 11/1/22 | YES | YES | Photo of Truck, packaging, meth- Erdman search warrant photos           |
|   | I  | 11/1/22 | YES | YES | Photo of Lock box, money and contents- Erdman search warrant photos     |
|   | J  | 11/1/22 | YES | YES | Photo of Box with baggie of weed- Erdman search warrant photos          |
|   | K  | 11/1/22 | YES | YES | Photo of Erdman and family pictures- Erdman search warrant photos       |
|   | N  | 11/1/22 | YES | YES | Photo of Gray backpack- Erdman search warrant photos                    |
|   | Q  | 11/1/22 | YES | YES | Photo of Bennett search warrant photos                                  |
|   | YY | 11/2/22 | YES | YES | Photo of Cousin Donald                                                  |