# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

**UNITED STATES**

v.

**JAMES ALAN BENNETT**

Case Number: 4:22-cr-00065

**WITNESS LIST**

| PRESIDING JUDGE<br>Hon. James E. Gritzner | | | PLAINTIFF'S ATTORNEY<br>Mikaela Shotwell / Adam Kerndt | DEFENDANT'S ATTORNEY<br>James Nelsen |
|---|---|---|---|---|
| TRIAL DATES<br>11/1/22 –11/3/22 | | | COURT REPORTER<br>Kelli Mulcahy | LAW CLERK<br>C. Murad |
| PLF. | DEF. | DATE OFFERED | WITNESS' NAME / TESTIMONY TIME | |
| X | | 11/1/22 | DMPD Investigator Brady Pratt (1:32-2:43) | |
| X | | 11/1/22 | Kenneth Crook (3:01-4:00) | |
| X | | 11/1/22 | DMPD Investigator Luke Eblen (4:01-4:11) | |
| X | | 11/1/22 | DMPD Investigator Austin Finley (4:12-4:26) | |
| X | | 11/1/22 | DMPD Captain Ryan Doty (4:28-4:32) | |
| X | | 11/2/22 | DCI Criminalist Megan Reedy (9:02-9:30) | |
| X | | 11/2/22 | Khrista Erdman (9:33-10:25) (10:44-11:08) | |
| X | | 11/2/22 | DEA Special Agent Thomas Smith (11:09-11:59) (1:15-1:33) | |
| X | | 11/2/22 | Recall witness: DMPD Investigator Brady Pratt (1:35-1:56) | |

| | | | |
|---|---|---|---|
| | | | |