Dear your honor and who it may concern,

I am writing this letter in the hopes to paint a different picture as to who James Bennett really is when he's not swept up in the lifestyle that comes with drugs and money or better yet known as addiction. He is a very humble man, He doest ask for much, he never steals or robs from people, and I think the best characteristic of this man is he gives everything he has to those that he loves. I know this from first hand experience as I was in an intimate relationship with James for almost two years. I saw first hand him come straight from prison with no help from anyone and no one but himself to rely on. He succeeded at a construction job while living at the bethel mission, working so very hard to provide for himself so he could eventually get out of the mission. That's when we met, and at this time he had a way of carrying himself with such pride. He did this because he had overcome being Institutionalized, was working hard at a Physically demanding job everyday and was rebuilding the relationships in his life that he lost due to prison and his drug addiction.

When we were together, before he met and came into contact with those who testified against him; he was having his two oldest children stay at our home, he was the second father figure to my own child, he was my best friend and the man of my dreams. We would go to movies, concerts and play with our kids at the park. It truly was a picture perfect blended family. He's been my best friend since the moment we met, he's the person i know i can tell anything to and he's not going to tell another soul. He was and is very much a family man. When he stopped coming home for dinner on time is when I knew something wasn't right, and that's around the time when he met Mrs. Erdman. That's when I knew the drugs were back in James' life. We worked past the cheating because we knew what we had as a family. But the addiction just got worse and so did our relationship, until the point that we called it Quits. Despite all that happened we have and will continue to remain friends because that's the type of man he is, he's a great person to have in your corner no matter what. He will always be there to help a person, he's willing to give you the shirt off his back if it betters your life and he does all this without asking for anything in return.

This man loves his kids very much and that's apparent by the glow on his face when he sees them and now he even has a newborn son to add to that glow as well. His older children have had to lose their dad time and time again due to his actions which lands him in prison. Please leave some childhood time for his newborn child To have with his dad. Please leave some time for his own life to rebuild and make something of himself again, because I have seen first hand what this man is capable of doing if given the proper guidance and a little help.

Thank you,
Sincerely Lora N.



DEFENDANT'S EXHIBIT A