Dear Judge,

My name is Alexis Bennett, my father is James Bennett. I am writing this letter on behalf of my dad's court case. I understand that my dad has made a lot of mistakes in his life and because of those mistakes he has been in and out of my life. But the last 2 years we have been getting closer and I have seen a change in him and since he's been in jail, I've seen a bigger change in him as a father figure. I also want to let you know that I can see the things he has done in his life and it's catching up on him and all he wants to do is be there for me. I can't imagine the stuff going through his head since he's been in jail, but since he's been in jail and with all those negative thoughts in his head, he's still found time to make sure i'm okay and talk about the troubles in my life. Like I stated before I know my father had made some mistakes, but he is my father and always will be my father no matter what. I'm asking you and pleading with you to consider this in his case. I know my father hasn't really been the best father for me all these years but I know he has a big heart for his kids including me and the past two years me and him have gotten way closer with each other. Me and him have bonded so much and have related a lot of stuff together and I am very thankful for that. I've never really had anyone to talk to or understand me with what I had to say but my father has, he has taken the time no matter what time of the day it was he would still want to talk to me and make sure I am okay and let me talk to him about what I am going through. With him going to jail recently it has been really hard on me not knowing when I can talk to him next but I know no matter what he loves and cares for me so much. My favorite memory with my father is back in August of 2021 when me and him went to Jordan Creek Mall. We spent all day talking and shopping together. Even though I had no clue what my sizes were we still made it work and we had a really good time. Or another favorite memory with him was when I went with my brother Caden to stay the night for the first time. We went to a furniture store and picked out furniture for his house. It felt like it took forever, but we all had a great time together. I love my father with all of my heart and I love how we would spend time together no matter how long it may be because it brought me happiness seeing my father and spending time with him. Just the thought of me not being able to see him for however long it will be breaks my heart knowing



that we won't be able to make any more memories together. I just want what's best for my father and like I stated before he has made a lot of mistakes in his life but he's working on those mistakes and wanting to be a better man and want to do good in life. Thank you so much for your time and I hope you read my letter.

Your's truly,
Alexis Bennett